UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANCES HOM, as the Guardian of RAYMOND HOLTON )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EDGEWOOD MANAGEMENT CORP. )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:19-cv-2508 |

## ORDER

This matter is before the Court on Plaintiff's consent motion for approval of settlement.

The Court has reviewed this matter as well as documents regarding the settlement referenced in the motion, which were submitted for *in camera* review, and the record herein. Based on that review, the Court is in agreement that Plaintiff Holton's interests have been protected and that his guardian's decision to enter into the settlement agreement on his behalf is in his best interest.

Wherefore, this <u>22</u> day of August, 2022, it is,

ORDERED that the settlement agreement is hereby approved, and

ORDERED that the Settlement Disbursement Statement is hereby approved, and

ORDERED that this matter is resolved and is hereby dismissed as settled.

_____
JAMES E. BOASBERG
United States District Judge

5